IN THE UNITED STATES DISTRICT COURT
                     FOR THE SOUTHERN DISTRICT OF OHIO
                             EASTERN DIVISION


United States of America,        :

          Petitioner,            :

     v.                          :    Case No. 2:10-cv-001

John D. Allen, et al.,           :    JUDGE GRAHAM

          Respondents.           :


                              <u>ORDER</u>

     This matter is before the Court to consider the Report and
Recommendation submitted by the Magistrate Judge which
recommended that the petition to enforce summonses be granted and
that the summonses served on John D. Allen and the custodian of
records for Allen & Associates be enforced.  On March 3, 2009,
Mr. Allen filed a timely objection to the Report and
Recommendation to which the United States has responded.

     The objection first notes that the Magistrate Judge issued
his Report and Recommendation only six days after Mr. Allen filed
a motion to consolidate this case with Case No. 2:09-CV-852.  Mr.
Allen does not explain the legal significance of submitting the
recommended disposition of the petition while a motion to
consolidate is pending, and this Court concludes that there is
none.

     Mr. Allen next contends that the Magistrate Judge did not
sign the Report and Recommendation.  Upon review, the Court finds
this contention to be factually incorrect.

     Lastly, Mr. Allen demands that this Court, prior to adopting
the Report and Recommendation, certify the Acts of Congress
averred in the IRS summonses pursuant to 28 U.S.C. §2403 and
Fed.R.Civ.P. 24.  These provisions relate to intervention by the

United States when the constitutionality of a federal statute is brought into question. The Court determines that because the United States is already a party to this proceeding, neither §2403 mor Rule 24 applies.

The Court, having conducted a de novo review of those portions of the report to which objection was made, overrules Mr. Allen's objections (#8) and adopts the Report and Recommendation (#6) in its entirety. It is therefore ordered that the petition to enforce summonses (#1) is granted and that the summonses issued to John D. Allen and the custodian of records for Allen & Associates be enforced. Respondents John D. Allen and the custodian of records for Allen & Associates shall appear before Special Agent Conner, or such other officer or employee of the IRS as may be designated, at a time and place to be scheduled by the government. At that time and place, the respondents shall give testimony and produce for examination the books, papers, records, or other data described in the summonses and the attachments thereto.

**IT IS SO ORDERED.**

Date: Mar. 15, 2010    /s/ James L. Graham
                        JAMES L. GRAHAM
                        United States District Judge